Thomas W. BROWN, Appellant,

v.

DIRECTOR, PATENT AND TRADEMARK OFFICE, Appellee.

No. 01–1189.

United States Court of Appeals, Federal Circuit.

April 23, 2001.

ON MOTION

*ORDER*

LINN, Circuit Judge.

Thomas W. Brown moves without opposition to transfer his appeal to the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1631.*

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

---

* Brown also requests permission to supplement his notice of appeal with a complaint if the case is transferred. Brown should direct his request to the district court.